# EXHIBIT A

Civil Action No. 12-cv-01565-EGS

DECLARATION OF KEVIN T. BAINE

## Total Attorney Fees

| Attorney | Hours | Rate/Hr. | Value |
|---|---|---|---|
| Kevin Baine | 25.25 | $765.00 | $19,316.25 |
| Adam Tarosky | 127.75 | $409.50 | $52,313.62 |
| Elise Baumgarten | 106 | $342.00 | $36,252.00 |
| *Subtotal* | **259** | --- | **$107,881.87** |
| *12% Reduction* | --- | --- | --- |
| **TOTAL** | **259** | --- | **$94,936.04** |

## Litigation Expenses

| Category | Cost |
|---|---|
| Federal Express | $11.70 |
| Printing & Copying | $591.58 |
| Research (Westlaw, Lexis, Pacer) | $4,942.09 |
| **TOTAL** | **$5,545.37** |

## Total Attorney Fees and Litigation Expenses

| Fees | Costs |
|---|---|
| $94,936.04 | $5,545.37 |
| **TOTAL: $100,481.41** | |

## Breakdown of Attorney Fees

Review of complaint and Commentary; communications with client and co-counsel regarding litigation strategy and division of labor for motion to dismiss and anti-SLAPP motion:

| Attorney | Hours |
|---|---|
| Kevin Baine | 4.75 |
| Adam Tarosky | 6 |
| Elise Baumgarten | 4.75 |
| **Total** | **15.5** |

Communications with client regarding document retention and collection; interviews of custodians and document collection:

| Attorney | Hours |
|---|---|
| Kevin Baine | 0.5 |
| Adam Tarosky | 8.0 |
| Elise Baumgarten | 1.75 |
| **Total** | **10.25** |

Legal research regarding motion to dismiss (issues related to "of and concerning" question, defamatory meaning, defamatory nature of questions, opinion vs. fact, public figure); fact research including review of materials cited in the Commentary; draft and revise memorandum in support of motion; revise motion to dismiss in response to comments from Levine Sullivan; review and comment on anti-SLAPP motion drafted by Levine Sullivan; proof and file motion to dismiss:

| Attorney | Hours |
|---|---|
| Kevin Baine | 5.5 |
| Adam Tarosky | 87.25 |
| Elise Baumgarten | 64.5 |
| **Total** | **157.25** |

Review Plaintiff's opposition briefs and supporting declarations; formulate strategy and conduct research regarding motion to dismiss reply brief; draft motion to dismiss reply brief; revise reply in response to comments from Levine Sullivan; review and comment on anti-SLAPP reply brief drafted by Levine Sullivan; proof and file reply:

| Attorney | Hours |
|---|---|
| Kevin Baine | 14.5 |
| Adam Tarosky | 26.5 |
| Elise Baumgarten | 35 |
| **Total** | **76** |